**Order filed April 1, 2021**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00092-CV**
_____

**UMESH BHATIA, Appellant**

**V.**

**AMERICAN EXPRESS NATIONAL BANK, Appellee**

**On Appeal from County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1159992**

## O R D E R

The notice of appeal in this case was filed February 22, 2021. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. _See_ Tex. R. App. P. 5. Therefore, appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **April 12, 2021.** _See_ Tex. R. App. P. 5. If appellant fails to timely pay the fee, the appeal will be dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.